filed with the Industrial Commission within two years after the date of injury.

So in either event the judgment of the Common Pleas Court is correct and the same is hereby affirmed.

Exceptions may be noted.

SHERICK, PJ, and MONTGOMERY, J, concur.

## McDOWELL v SICKLEBAUGH

Ohio Appeals, 6th Dist, Wood Co

Decided Jan 29, 1934

Harrington & Avery, Bowling Green, for plaintiff in error.

E. P. Buckenmyer, Toledo, for defendant in error.

For full opinion see 1 OO 213; 193 NE 232; 48 Oh Ap 201.

## KIMBERLIN v STOLEY

Ohio Appeals, 9th Dist, Summit Co

No 2379. Decided Oct 26, 1934

James Olds, Akron, for plaintiff in error.
Schwab & Peters, Akron, for defendant in error.